IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-00066

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ENTRY OF DEFAULT |
| ) | |
| SALAS-MARTINEZ PERSONAL ) | |
| PROPERTY, MORE SPECIFICALLY ) | |
| DESCRIBED AS: ) | |
| ) | |
| A 2009 PONTIAC G6: 1G2ZI57KX94257542 ) | |
| CONTAINING A HIDDEN ) | |
| COMPARTMENT ) | |
| ) | |
| Defendant. ) | |

Upon motion, request, and proper showing by the United States of America, default is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against the defendant, Salas-Martinez Personal Property, more Specifically Described as: A 2009 Pontiac G6, VIN: 1G2ZI57KX94257542 containing a hidden compartment, on account of the failure of Hope Renee Trigueros and Manuel Ramiro Salas-Martinez and any other potential claimant to properly plead or otherwise defend within the time required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

This the *19* day of *November* 2021.

PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina